AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| STREET PLAYERS HOLDING CORP., a California Corporation, | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| *See attached* STORM CITY ENTERTAINMENT INC.; TOYS 'R' US-DELAWARE, INC. d/b/a TOYS 'R' US; WAL-MART STORES, INC., d/b/a WALMART; FAO SCHWARZ; and DOES 1 through 10 inclusive, | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

CV15-09318 -GW (F FM)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STORM CITY ENTERTAINMENT INC.
4 Oak Ridge Ln, Sewell, NJ 08080-2442

FAO SCHWARZ
1209 Orange Street, Wilmington, DE 19801

TOYS 'R' US-DELAWARE, INC. d/b/a TOYS 'R' US
2711 Centerville Road, Suite 400, Wilmington, DE 19808

WAL-MART STORES, INC., d/b/a WALMART
1209 Orange Street, Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

ANDRES PEDRO

Date: 12/14/2015

Signature of Clerk or Deputy Clerk

1202

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .


I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

FREUND & BRACKEY LLP
Thomas A. Brackey II, Esq. (SBN 162279)
tbrackey@freundandbrackey.com
Joshua G. Zetlin, Esq. (SBN 273086)
jzetlin@freundandbrackey.com
427 North Camden Drive
Beverly Hills, CA  90210
Tel: 310-247-2165
Fax: 310-247-2190

Attorneys for Plaintiff,
    STREET PLAYERS HOLDING CORPORATION

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STREET PLAYERS HOLDING CORPORATION, a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> STORM CITY ENTERTAINMENT INC., a New Jersey Corporation; TOYS 'R' US-DELAWARE, INC. d/b/a TOYS 'R' US, a Delaware Corporation; WAL-MART STORES, INC., d/b/a WALMART, a Delaware Corporation; FAO SCHWARZ, a Delaware Corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. <br><br> **CIVIL COMPLAINT FOR:** <br><br> **1.  Trademark Infringement Under Lanham Act § 32(I) (15 U.S.C. § 1114(1));** <br><br> **2.  Unfair Competition-Cal. Bus. & Prof. §§ 17200, 17500 et seq;** <br><br> **3.  Unjust Enrichment;** <br><br> **4.  Demand for Accounting;** <br><br> **5.  Permanent Injunction;** <br><br> **6.  Breach of Contract.** <br><br> <u>**FILED UNDER SEAL**</u> <br><br> **[DEMAND FOR JURY TRIAL]** |

Plaintiff, STREET PLAYERS HOLDING CORPORATION, by and through its attorneys Freund & Brackey LLP, hereby complains and alleges as follows:

1